# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. PWG-21-143 |
| | * | |
| EDLEY SLADE, | * | |
| | * | |
| Defendant | * | |
| | * | |

*******

## ORDER EXCLUDING TIME

This Court finds that an exclusion of time serves the ends of justice and outweighs the best interest of the public and the defendant in a speedy trial. Therefore, this Court hereby orders that the period of time from May 14, 2021 through June 2, 2022 is excluded pursuant to 18 U.S.C. 3161(h)(7))(A), the Speedy Trial Act.

_____
Paul W. Grimm
United States District Judge

__2/8/2022_____
Date