In the United States District Court
For the District of Maryland

| | | |
|---|---|---|
| United States of America | * | |
| v. | * | Crim. No.: DLB-21-143 |
| Edley Slade | * | |

\* \* \* \* \* \* \* \* \* \*

## Joint Status Report

Edley Slade, by and through undersigned counsel, and after conferring with counsel for the government, provides the following status report to the Court.

In prior status reports,[1] undersigned counsel provided the Court with a summary of Mr. Slade's case status and the history of her attempts to switch from Office of Worker's Compensation ("OWCP") benefits to Office of Personnel Management ("OPM") benefits, highlighting the difficulty communicating with and obtaining information from OPM. Currently, the hope is that Ms. Slade's benefits will be switched close in time to August 1, 2023.

Since the last status report, on April 11, 2023, undersigned counsel spoke to an OPM program manager about Ms. Slade's case, who confirmed that the case is pending assignment and agreed to monitor the case and provide us with information. She recommended that Ms. Slade contact her in July, so that she can ensure that Ms. Slade's file is assigned for processing ahead of the August 1, 2023, OWCP stop date. On May 8, 2023, undersigned counsel participated in a conference call with counsel

---

[1] ECF 45, 47, 50.

for the government, case agents, and two subject matter experts regarding the status of Ms. Slade's switch from OWCP to OPM benefits.

The hope is for Ms. Slade to be placed on OPM's rolls prior to – or close in time to – her removal from OWCP's rolls to avoid a gap in payments and the resulting inability for her to cover her expenses. Ms. Slade lives alone and depends entirely on her monthly OWCP benefit payment. A guilty plea will trigger her removal from OWCP's rolls. As soon as Ms. Slade confirms her transfer to OPM's rolls, she intends to request a rearraignment and sentencing date. The parties will reach out to chambers for scheduling.

The Court previously excluded the time period from October 12, 2022, through and including the date of the rearraignment hearing from the time within which trial must Commence under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). ECF 46. Ms. Slade does not object to continued tolling pending the rearraignment hearing.

Respectfully submitted,

James Wyda
Federal Public Defender

_____/s/_____
Ellie C. Marranzini, #817525
Assistant Federal Public Defender
6411 Ivy Lane, Suite 710
Greenbelt, MD 20770-4510
(301) 344-0600
(301) 344-0019 (fax)
Email: ellie_marranzini@fd.org